**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JOSE ALFREDO OCHOA MORANDO, | ) | NO. CV 09-5729-MMM (MAN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| JOHN F. SALAZAR, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Dismissing Petition As Second Or Successive,

IT IS ADJUDGED that the above-captioned action is dismissed, without prejudice, as second or successive, pursuant to 28 U.S.C. § 2244(b).

DATED: August 21, 2009 .

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE